MARTÍNEZ & MÁRQUEZ, INC., demandante y apelada, *v.* WHITEHEAD & COMPANY, demandada y apelante.

Número 11568.
*Sometido:* 4 de abril de 1956. *Resuelto:* 30 de abril de 1956.

*Córdova & González* y *Robert E. Schneider, Jr.,* abogados de la apelante; *César A. Montilla,* abogado de la apelada.

*PER CURIAM:* En vista de las alegaciones de ambas partes, del acta de la conferencia con antelación al juicio, de las conclusiones de hecho y de derecho del tribunal a quo, de las pruebas presentadas en el juicio, y de las reglas de derecho aplicables, resolvemos que este recurso de apelación está totalmente desprovisto de méritos. Se trata de una apelación que es frívola y que innecesariamente ha ocupado la atención de este Tribunal Supremo. Como el apelante ha incurrido en manifiesta temeridad al instar un recurso de apelación en este caso, se le impone la cantidad de $400 en concepto de honorarios de abogado en apelación que deberá pagar a la parte apelada. (32 L.P.R.A. sec. 1461)